STATE OF NORTH CAROLINA, EX REL. COMMISSIONER OF INSURANCE v. NORTH CAROLINA RATE BUREAU, NORTH CAROLINA REINSURANCE FACILITY, NATIONWIDE MUTUAL INSURANCE COMPANY, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, THE AETNA CASUALTY AND SURETY COMPANY, LUMBERMENS MUTUAL CASUALTY COMPANY, GREAT AMERICAN INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, THE SHELBY MUTUAL INSURANCE COMPANY, AMERICAN MOTORIST INSURANCE COMPANY, AND LIBERTY MUTUAL INSURANCE COMPANY v. CAROLINA ACTION, INTERVENOR

No. 7810INS1147

(Filed 5 June 1979)

APPEAL by the North Carolina Rate Bureau, *et al.* from order of the Commissioner of Insurance issued 27 September 1978. Heard in the Court of Appeals 28 March 1979.

*Attorney General Edmisten, by Assistant Attorney General Isham B. Hudson, Jr., for petitioner appellee.*

*Young, Moore, Henderson & Alvis, by Charles H. Young, Jr., and R. Michael Strickland, for respondent appellants.*

ARNOLD, Judge.

Our determination of this appeal is controlled by our decision in *State ex rel. Comr. of Ins. v. N. C. Rate Bureau* (No. 7810INS625, filed 5 June 1979), heard today. The order of the Commissioner is

Affirmed in part and reversed in part.

Chief Judge MORRIS concurs.

Judge CLARK dissents.